Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001349
12-JAN-2015
02:18 PM

NO. CAAP-14-0001349

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
KEALAONAONAALOHA K. HERNANDEZ, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTA-13-02730)

ORDER APPROVING THE JANUARY 6, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 6, 2015, by Defendant-Appellant Kealaonaonaaloha K. Hernandez (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for both parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) but this criminal appeal has not been docketed, therefore HRAP Rule 42(a) and (c) apply; and (3) the stipulation includes a declaration by Appellant that complies with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 12, 2015.

Presiding Judge

Associate Judge

Associate Judge